# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 20, 2015

Clerk
Court of Appeals of Texas, First District
301 Fannin Street
Houston, TX  77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR 24 2015

CHRISTOPHER A. PRINE
CLERK

Re:  Alma Richardson
     v. Texas Workforce Commission, et al.
     No. 14-8431
     (Your No. 01-13-00403-CV)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk